No. 741. ADAMS ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 8th Cir. Certiorari denied. *James C. Wilson* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, James McI. Henderson* and *Alvin L. Berman* for respondent.

No. 797. WESTON ET AL. *v.* NEW JERSEY STATE BOARD OF OPTOMETRISTS. Supreme Court of New Jersey. Certiorari denied. *Morton Stavis* for petitioners. *Arthur J. Sills,* Attorney General of New Jersey, *Robert B. Kroner,* Deputy Attorney General, *William K. Miller* and *Herman D. Ringle* for respondent.

No. 798. ALFRED DUNHILL OF LONDON, INC., *v.* DUNHILL TAILORED CLOTHES, INC. United States Court of Customs and Patent Appeals. Certiorari denied. *Leslie D. Taggart* and *Nicholas John Stathis* for petitioner. *Milton Handler* and *Sidney A. Diamond* for respondent.

No. 804. NEELY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John P. Frank* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 808. GUNZBURG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. Wray Gill* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.